IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-11124

_____


UNITED STATES OF AMERICA

                              Plaintiff - Appellant

v.

MELVIN GLEN NEAL, also known as Glen Neal

                              Defendant - Appellee


_____

Appeal from the United States District Court
for the Northern District of Texas
(4:95-CV-405-K)
_____
August 9, 1996

BEFORE KING, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

The district court's judgment entered October 2, 1995 granting Melvin Glen Neal's Motion to Vacate or Correct Sentence under 28 U.S.C. § 2255, as amended, and dismissing with prejudice "the case against Melvin Glen Neal" is vacated.  The district court abused its discretion in granting the writ and dismissing the case against Neal as a sanction for the government's tardiness in filing its response to Neal's amended motion.  The case is remanded to the district court for further proceedings.

VACATED and REMANDED.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.